# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| Y LUEK, )  | |
| ) | |
|     Petitioner, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 2:11-cv-1041-IPJ-PWG |
| ERIC HOLDER, United States ) | |
| Attorney General, et al., ) | |
| ) | |
|     Respondents. ) | |

## **MEMORANDUM OPINION**

    This is a action on a petition for a writ of habeas corpus brought pursuant to 28 U.S.C. § 2241.  (*See* Doc.[1] 1).  The Petitioner, Y Luek, seeks review of the lawfulness of his continued detention by the United States Department of Homeland Security, Immigration and Customs Enforcement ("ICE"), pending deportation to Vietnam.  On July 6, 2011, respondents have filed a motion to dismiss the action as moot because Petitioner has been released under an order of supervision.  (Doc. 10).  Upon consideration, the court finds that the respondents' motion is due to be granted and that the petition is due to be dismissed as moot.

    In support of their motion to dismiss, the respondents have filed a copy of an unsworn declaration made pursuant to 28 U.S.C. § 1746 by a Deportation Officer stating that the petitioner was released on July 1, 2011 on an order of supervision.  (Doc. 10-1).  Thus, his

---

    [1]    References herein to "Doc. __" are to the docket numbers assigned by the Clerk of the Court to the pleadings filed in this matter.

petition seeking that very relief is moot. *See Nyaga v. Ashcroft*, 323 F.3d 906, 913 (11th Cir. 2003) ("a case must be dismissed as moot if the court can no longer provide 'meaningful relief'"); *see also Spencer v. Kemna*, 523 U.S. 1, 8 (1998) (once a habeas petitioner is released from custody, he must demonstrate collateral consequences to avoid mootness doctrine). Accordingly, this matter is due to be dismissed. *See Murphy v. Holder*, 2010 WL 1994179 (N.D. Fla. April 13, 2010); *Subrun v. Holder*, 2009 WL 3568670 (S.D. Fla. Oct. 30, 2009); *Dong v. Holder*, 2009 WL 2987418 (S.D. Ala. Sept. 9, 2009). A separate order will be entered.

**DONE** and **ORDERED** this 6th day of September 2011.

_____
INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE